AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br><br>Naqeeb Hadid Mufallah<br>aka Malachi J. Greathouse<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 5:26-MJ-3074-EBA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 14, 2026__ in the county of __Fayette__ in the __Eastern__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Convicted Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

See attached affidavit of ATF SA James Freeman

☑ Continued on the attached sheet.

/s/ James Freeman ATF
*Complainant's signature*

James Freeman, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/23/2026

Signed By:
*Edward B. Atkins*  EBA
United States Magistrate Judge
*Judge's signature*

City and state: Frankfort, Kentucky

*Printed name and title*